1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  David Charles Pangus

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DAVID CHARLES PANGUS,           ) Case No.: EDCV 12-103 MAN
                                   )
12         Plaintiff,              ) [PROPOSED] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                          ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN,[1] Acting    )
   Commissioner of Social Security,)
15                                 )
           Defendant                )
16 _____ )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3,100.00 as
20
   ///
21

22 ─────────────────────────────
   [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
23 February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
   Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
24 Michael J. Astrue as Defendant in this suit. No further action need be taken to
   continue this suit by reason of the last sentence of section 205(g) of the Social
25 Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26 Commissioner as the Commissioner.

                                      -1-

1  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

3  DATE:   June 21, 2013

*Margaret A. Nagle*

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE